UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN ARETAKIS,

                        Plaintiff,

-against-

CHANGE HEALTHCARE, et al.,

                        Defendants.
-------------------------------------------------------------X

25-CV-04814 (DEH)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2025

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were due to file a status letter by June 30, 2025, updating the Court on whether the United States Judicial Panel on Multidistrict Litigation has issued a conditional transfer order. ECF No. 8. No letter has been filed, and the case has not been transferred. The parties are directed to file a joint status letter by July 14, 2025. If the Panel has issued a conditional transfer order by that date, the parties shall file a copy of that order on the docket in this case.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      July 7, 2025
                 New York, New York